AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Jorge Barros<br><br>*Defendant(s)* | )<br>)<br>) Case No. 17-MJ-6388<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Sept - Nov 2017__ in the county of __Barnstable__ in the
District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Sections 841(a)(1) and 841(b)(1)(C) | Possession of fentanyl, Schedule II controlled substance, with the intent to distribute. |
| 21 USC Section 846 | Conspiracy to distribute and possess with intent to distribute 40 grams or more of fentanyl. |

This criminal complaint is based on these facts:
See attached affidavit of DEA TFO Marc Powell

☑ Continued on the attached sheet.

_____
Complainant's signature

Trooper/TFO Marc Powell
Printed name and title

Sworn to before me and signed in my presence.

Date: November 15, 2017

_____
Judge's signature

City and state: _____

Kelley
Printed name and title