JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Category No. **II** Investigating Agency **DEA**

City **Harwich** ☒

County **Barnstable**

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number **17-MJ-6387**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: **Jorge Barros** Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) **Central Falls, RI**

Birth date (Yr only): **1993** SSN (last4#): **0917** Sex **M** Race: **Black** Nationality: **USA**

Defense Counsel if known: _____ Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Eric S. Rosen** Bar Number if applicable **NY4412326**

Interpreter: ☐ Yes ☑ No List language and/or dialect: _____

Victims: ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

Arrest Date: **11/13/2017**

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at **Barnstable** ☐ Serving Sentence ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☑ Complaint ☐ Information ☐ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony **2**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **11/15/17** Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jorge Barros

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 841(a)(1) | Possession of fentanyl with intent to distribute | 1 |
| Set 2  21 USC 846 | Conspiracy to distribute and possess with intent to distribute 40 grams or more of fentanyl | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____