UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JORGE BARROS a/k/a Joey, <br><br> Defendant. | Criminal No. 17cr10393 <br><br> VIOLATIONS: <br><br> 21 U.S.C. § 846 <br> (Conspiracy to Distribute and Possess with Intent to Distribute 40 grams or more of Fentanyl) <br><br> 21 U.S.C. § 841 <br> (Possession of Fentanyl with the Intent to Distribute) <br><br> 21 U.S.C. § 853 <br> (Criminal Forfeiture) |

## INDICTMENT

**COUNT ONE**  21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute 40 grams or more of Fentanyl

The grand jury charges that:

From a date unknown, but not later than in or around September 2017, and continuing through November 2017, on Cape Cod, and elsewhere in the District of Massachusetts,

**JORGE BARROS a/k/a Joey,**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown to the grand jury, including, but not limited to, **Dean Viprino,**[1] to distribute, and to possess with the intent to distribute, a controlled substance, to wit: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide a/k/a fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One of the Indictment involved 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide a/k/a fentanyl, a Schedule II controlled substance, and that this amount was reasonably foreseeable by and attributable to JORGE BARROS. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vi) is applicable to this Count and to JORGE BARROS.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**               21 U.S.C. § 841(a)(1) – Possession of Fentanyl with Intent to Distribute

The Grand Jury further charges that:

On or about November 13, 2017, in the District of Massachusetts,

**JORGE BARROS a/k/a Joey,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of a Schedule II controlled substance, to wit: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide a/k/a fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **DRUG FORFEITURE ALLEGATION**
## 21 U.S.C. § 853

1.  Upon conviction of the offenses in violation of Title 21, United States Code, Section 846, set forth in Counts One and Two of this Indictment,

**JORGE BARROS a/k/a Joey,**

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants:

   (a)  cannot be located upon the exercise of due diligence;

   (b)  have been transferred or sold to, or deposited with, a third party;

   (c)  have been placed beyond the jurisdiction of the Court;

   (d)  have been substantially diminished in value; or

   (e)  have been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
ERIC S. ROSEN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS          December 20, 2017

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

@ 12:25 PM
12/20/17