JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**   **Category No.** II   **Investigating Agency** DEA

**City** Harwich   **Related Case Information:**

**County** Barnstable

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   17-MJ-6388-MPK
Search Warrant Case Number   17-MJ-6387-MPK
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Jorge Barros   **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Randolph, MA

**Birth date (Yr only):** 1993   **SSN (last4#):** 0917   **Sex** M   **Race:** Black   **Nationality:** USA

**Defense Counsel if known:** Jennifer Pucci   **Address** Federal Public Defender, 51 Sleeper Street

**Bar Number** _____   5th Floor, Boston, MA 02210

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen   **Bar Number if applicable** NY4412326

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** 11/13/2017

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Judge Kelley   on 11/22/2017

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/12/17   **Signature of AUSA:** _/s/_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Jorge Barros

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 841(a)(1) | Possession of fentanyl with intent to distribute | 2 |
| Set 2  21 USC 846 | Conspiracy to distribute and possess with intent to distribute 40 grams or more of fentanyl | 1 |
| Set 3  21 USC 853 | Criminal forfeiture | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____