IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **JORGE BARROS**, <br><br> Defendant. | **Criminal No.** 17-CR-10393 |

## JOINT MOTION FOR RULE 11 HEARING

The United States of America, together with Defendant Jorge Barros hereby moves this Court to schedule a Rule 11 hearing in the above-captioned case. In support of this motion, the Government states as follows:

1) The parties wish to inform the Court that a resolution has been reached in the above-captioned case.

2) Accordingly, the parties wish to have a Rule 11 hearing scheduled at the convenience of the Court. There is no plea agreement in this case, although, at this time, the parties anticipate that Defendant will be safety valve eligible should he fulfill the required criteria.

Respectfully submitted,

ANDREW E. LELLING
Acting United States Attorney

By: */s/ Eric S. Rosen*
ERIC S. ROSEN
ALATHEA PORTER
Assistant U.S. Attorneys

Dated: January 3, 2019

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing upon counsel of record by electronic filing notice.

*/s/ Eric S. Rosen*
ERIC S. ROSEN
Assistant U.S. Attorney

Dated: January 3, 2019