AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.   1:17-cr-10393-MLW-1 |
| | ) | |
| Jorge Barros | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint

❏ Probation Violation Petition     ☑ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of Court

| Place: | United States District Court One Courthouse Way Boston MA, 02210 | Courtroom No.:   24  before MJ Kelley |
|---|---|---|
| | | Date and Time:   01/30/2019 12:00 pm |

This offense is briefly described as follows:
Violation of pretrial release conditions.

| | |
|---|---|
| Date:   01/18/2019 | /s/  Kellyann Belmont |
| | _Issuing officer's signature_ |
| | Kellyann Belmont Deputy Clerk |
| | _Printed name and title_ |

I declare under penalty of perjury that I have:

❏ Executed and returned this summons          ❏ Returned this summons unexecuted

| | |
|---|---|
| Date: | |
| | _Server's signature_ |
| | |
| | _Printed name and title_ |