UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 17-10393-MLW |
| | ) | |
| JORGE BARROS | ) | |

### ASSENTED TO MOTION TO CONTINUE SENTENCING

Defendant Jorge Barros, through counsel, respectfully requests that the Court continue his sentencing currently scheduled for May 31, 2019 to a date on or after July 1, 2019. As grounds counsel states as follows. Counsel has 6 other sentencings that will take place between May 7 – June 3. Five of those defendants are incarcerated. Each of these sentencings require considerable work to draft a sentencing memorandum and prepare for sentencing. As a result of these sentencings, counsel requires additional time to draft Mr. Barros' sentencing memorandum and prepare for his sentencing. Mr. Barros is currently on release conditions and in compliance with those conditions. In addition, counsel would like to attend the annual Federal Defender Conference which is being held in Detriot, Michigan this year from May 29 – 31.

Accordingly, counsel requests that Mr. Barros' sentencing be continued to a date convenient for the Court on or after July 1, 2019.

Assistant United States Attorney Philip Cheng assents to this motion

                                                       JORGE BARROS
                                                      By his attorney,

                                                      */s/ Stylianus Sinnis*
                                                      Stylianus Sinnis
                                                      B.B.O. # 560148

Federal Defender Office
51 Sleeper St., Fifth Floor
Boston, MA   02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Stylianus Sinnis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 24, 2019.

*/s/ Stylianus Sinnis*
Stylianus Sinnis