UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 17-10393-MLW |
| | ) | |
| JORGE BARROS | ) | |

## ASSENTED TO MOTION TO CONTINUE SENTENCING

Defendant Jorge Barros, through counsel, respectfully requests that the Court continue his sentencing currently scheduled for May 31, 2019 to a date on or after July 1, 2019. As grounds counsel states as follows. Counsel has 6 other sentencings that will take place between May 7 – June 3. Five of those defendants are incarcerated. Each of these sentencings require considerable work to draft a sentencing memorandum and prepare for sentencing. As a result of these sentencings, counsel requires additional time to draft Mr. Barros' sentencing memorandum and prepare for his sentencing. Mr. Barros is currently on release conditions and in compliance with those conditions. In addition, counsel would like to attend the annual Federal Defender Conference which is being held in Detroit, Michigan this year from May 29 – 31.

Accordingly, counsel requests that Mr. Barros' sentencing be continued to a date convenient for the Court on or after July 1, 2019.

Assistant United States Attorney Philip Cheng assents to this motion

*Allowed. The sentencing is rescheduled for July 31, 2019, at 3 p.m.*

*/s/ M.D.J.*
*April 30, 2019*

JORGE BARROS
By his attorney,

*/s/ Stylianus Sinnis*
Stylianus Sinnis
B.B.O. # 560148