UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 17-10393-MLW |
| | ) | |
| JORGE BARROS | ) | |

## ASSENTED TO MOTION TO CONTINUE SENTENCING

Defendant Jorge Barros, through counsel, respectfully requests that the Court continue his sentencing currently scheduled for July 31, 2019 to a date on or after August 12, 2019. Counsel apologizes to the Court that he failed to state in his original motion to continue that he would be out of the office on vacation between July 24, 2019 – August 4, 2019. In addition, he has spoken to counsel for the government and he will be on vacation during the week of August 5, 2019. Accordingly, counsel requests that the Court reschedule Mr. Barros' sentencing for a date on or after August 12, 2019. Again, counsel regrets his oversight in not bringing his vacation schedule to the Court's attention in the initial motion to continue he filed on April 24, 2019.

Accordingly, counsel requests that Mr. Barros' sentencing be continued to a date convenient for the Court on or after August 12, 2019.

Assistant United States Attorney Philip Cheng assents to this motion

>JORGE BARROS
>By his attorney,
>
>*/s/ Stylianus Sinnis*
>Stylianus Sinnis
>B.B.O. # 560148

Federal Defender Office
51 Sleeper St., Fifth Floor
Boston, MA   02210
Tel: 617-223-8061

## **CERTIFICATE OF SERVICE**

      I, Stylianus Sinnis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 1, 2019.

*/s/ Stylianus Sinnis*
Stylianus Sinnis